1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

              Plaintiff,

   v.

EDWARD ASATOORIANS,

         Defendant/Judgment Debtor,

   v.

CITY OF PASADENA POLICE
DEPARTMENT,

          Garnishee.

Case No. MC19-0167RSL

ORDER TO ISSUE WRIT OF
CONTINUING GARNISHMENT
AND NOTICE TO DEFENDANT/
JUDGMENT DEBTOR

17
18
19
20
21
22
23
24
25
26

     This matter comes before the Court on plaintiff's "Application for Writ of Continuing Garnishment" for property in which the defendant/judgment debtor, Edward Asatoorians, has a substantial nonexempt interest and which is in the possession, custody, or control of the garnishee, City of Pasadena Police Department. The Court having reviewed the record in this matter, hereby ORDERS that the Clerk of Court issue the "Writ of Continuing Garnishment" (Dkt. # 1-3) and the "Notice to Defendant/Judgment Debtor" (Dkt. # 1-4) submitted by plaintiff's counsel on December 18, 2019. Pursuant to 28 U.S.C. § 3205(c)(3), plaintiff shall serve the defendant/judgment debtor and the garnishee with a copy of the writ and accompanying instructions.

ORDER TO ISSUE WRIT OF CONTINUING
GARNISHMENT AND NOTICE TO DEFENDANT

Dated this 20th day of December, 2019.

_MPS Lasnik_

Robert S. Lasnik
United States District Judge